IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                    CIV 15-0767 JAP/KBM
                                         CR  13-1139 JAP

ALBERTO SANCHEZ,

    Defendant-Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on April 5, 2016. *Doc. 75*.[1] The proposed findings notify Defendant Alberto Sanchez of his ability to file objections and that failure to do so waives appellate review. To-date, Defendant Sanchez has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition *(CR 13-1139, Doc. 65)* is ADOPTED;

2.    Plaintiff's Motion to Vacate, Set Aside or Correct Sentence ("Petition") (*Doc. 65*) is denied and the Petition is dismissed with prejudice**;**

---

[1] All referenced documents are from Defendant Sanchez's criminal case, CR 13-1139 JAP.

3.     A final order and order denying a certificate of appealability are entered concurrently herewith.

_____
SENIOR UNITED STATES DISTRICT JUDGE